**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

JESÚS MANUEL GONZALEZ HERNANDEZ,
Plaintiff,

- against -

ADVENTURE ONE QSS, INC. d/b/a POLYMARKET.COM; BLOCKRATIZE, INC. d/b/a POLYMARKET; SHAYNE COPLAN; MATTHEW MODABBER SOBHANDOST a/k/a MATTHEW MODABBER; JOHN DOES 1–10; and ABC CORP. 1–10,
Defendants.

---------------------------------------------------------------x

Case No. 1:26-cv-08501 (JAV)

**NOTICE OF MOTION TO REMAND**

**ORAL ARGUMENT REQUESTED**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law and all prior papers and proceedings in this action, Plaintiff Jesús Manuel Gonzalez Hernandez will move this Court, before the Honorable Jeannette A. Vargas, United States District Judge, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, on a date and at a time to be designated by the Court, for an order under 28 U.S.C. § 1447(c): (1) remanding this action to the Supreme Court of the State of New York, County of New York, Index No. 160431/2026, for lack of subject-matter jurisdiction; (2) awarding Plaintiff the costs and actual expenses, including attorney's fees, incurred as a result of the removal; and (3) granting such other and further relief as the Court deems just and proper.

Respectfully submitted,
BURWICK LAW, PLLC

By: /s/*Rylan Maksoud*
Max Burwick
Rylan Maksoud
43 West 43rd Street, Suite 114
New York, New York 10036
(646) 762-1080
max@burwick.law
rylan.maksoud@burwick.law
*Attorneys for Plaintiff*